75,459-01,02

Clerk of the Court,

11/10/15

    To assist in my federal appeal, pro-se, may I please have a copy print-out of the court's docket in my case. Documents that were filed including dates.

    CCA cause no. WR-75,459

    My family was unsucessful finding this information on your webpage. Unlike the COA websites.

Please reply to:

    John Galbraith #1473442
    Estelle Unit
    264 FM 3478
    Huntsville, TX 77320-3322

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 16 2015
Abel Acosta, Clerk

Thank you —